[No. 69932-6-I.   Division One.   April 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY WATERS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 12-1-00266-4, Dave Needy, J., entered February 13, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Dwyer and Leach, JJ.

[No. 69935-1-I.   Division One.   April 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. NELSON DEAN STRUNK, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-00898-6, Eric Z. Lucas, J., entered February 19, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Schindler, JJ.

[No. 69942-3-I.   Division One.   April 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN THOMPSON O'DELL, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 12-1-00111-2, Vickie I. Churchill, J., entered February 13, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Dwyer and Leach, JJ.

[No. 69964-4-I.   Division One.   April 28, 2014.]

DISCOVER BANK, *Respondent*, v. BORIS PETRENKO ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-07029-6, Barbara Linde, J., entered January 25, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Spearman, C.J., and Dwyer, J.